# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132819

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                    SC: 132819
                                                   COA: 273246
                                                   Genesee CC: 03-011682-FC

DANIEL HNATIUK, JR.,
              Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0521

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk